IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00450-MSK

UNITED STATES OF AMERICA,

         Plaintiff,

v.

1.     EDDIE LEE CADDELL,

         Defendant.

_____

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING
_____

      THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#12)** on November 19, 2009, by Defendant.  The Court construes this Notice as a motion to

change his plea and to have the Court consider the terms of the parties' plea agreement.

      **IT IS THEREFORE ORDERED** that:

    1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

          pending determination of those matters.

    2.      A Change of Plea hearing is set for **February 8, 2010,** at **11:15 a.m.** in the United

          States District Court for the District of Colorado, Courtroom A901, Alfred A.

          Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

    3.      The motion hearing set for December 2, 2009, the final trial preparation

          conference set for December 18, 2009, and the December 21, 2009, trial date are

_____

    [1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

**VACATED**.

Dated this 23rd day of November, 2009.

BY THE COURT:

Marcia S. Krieger
United States District Judge